UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EFFREN TREJO, | Case No.: 13-CV-03623-LHK |
| Plaintiff, | ORDER ADMINISTRATIVELY CLOSING CASE |
| v. | |
| CITIBANK, N.A., et al., | |
| Defendants. | |

On November 1, 2013, the Court DENIED as moot defendant Citibank, N.A.'s Motion to Compel Arbitration in light of the fact that the parties had commenced arbitration before Judicial Arbitration and Mediations Services. ECF No. 17. The Court further encouraged the parties to file a stipulation dismissing this case without prejudice and agreeing to toll the statute of limitations on all claims and counterclaims by November 12, 2013. No stipulation having been filed, the Court hereby orders that this case be administratively closed pending completion of arbitration. This dismissal is without prejudice.

The Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

Dated: November 19, 2013

_____
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-03623-LHK
ORDER ADMINISTRATIVELY CLOSING CASE