| | |
|---|---|
| 1 | STROOCK & STROOCK & LAVAN LLP |
| | JULIA B. STRICKLAND (State Bar No. 083013) |
| 2 | MARCOS D. SASSO (State Bar No. 228905) |
| | 2029 Century Park East, Suite 1800 |
| 3 | Los Angeles, CA 90067-3086 |
| | Telephone:  310-556-5800 |
| 4 | Facsimile:   310-556-5959 |
| | Email:       *lacalendar@stroock.com* |
| 5 | |
| 6 | Attorneys for Defendant |
| |   CITIBANK, N.A. |
| 7 | |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| EFFREN TREJO, | Case No. 5:13-cv-03623-LHK |
| Plaintiff, | [Assigned to the Hon. Lucy H. Koh] |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| CITIBANK, N.A., DANTE DOE and DOES 1-20, inclusive, | **F.R.C.P. 41(a)(1)** |
| Defendant. | |

STIPULATION OF DISMISSAL WITH PREJUDICE
LA 51895799

**IT IS HEREBY STIPULATED** by and between plaintiff Effren Trejo ("Plaintiff"), on the one hand, and defendant Citibank, N.A. ("Citibank") on the other hand, through their respective counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), including all claims asserted by Plaintiff against Defendant.  This Stipulation is filed pursuant to the parties' settlement following mediation before Hon. James Ware (Ret.) of JAMS.

**IT IS SO STIPULATED.**

Dated:  July 6, 2015                                        RONALD WILCOX, ESQ.

By:            */s/ Ronald Wilcox*
                    RONALD WILCOX

Attorneys for Plaintiff
  EFFREN TREJO

Dated:  July 6, 2015                                        STROOCK & STROOCK & LAVAN LLP
                                                                          JULIA B. STRICKLAND
                                                                          MARCOS D. SASSO

By:            */s/ Marcos D. Sasso*
                    Marcos D. Sasso

Attorneys for Defendants
  CITIBANK, N.A.

- 1 -
STIPULATION OF DISMISSAL WITH PREJUDICE
LA 51895799

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2015, a copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

*/s/ Marcos D. Sasso*
Marcos D. Sasso

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086